IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bryant Heyward,<br><br>  Plaintiff,<br>v.<br><br>Keith Tyner, Richard Powell, Eric Watson, Mitch Lucas, and Al Cannon, Individually and in their Official Capacities; Charleston County Sheriff's Office; Charleston County Consolidated 911 Center,<br><br>  Defendants. | C/A No.: 2:17-cv-01545-DCN-MGB<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANTS KEITH TYNER, RICHARD POWELL, ERIC WATSON, MITCH LUCAS, AND AL CANNON** |

  The Plaintiff, Bryant Heyward, hereby stipulates to the DISMISSAL of his Complaint, with prejudice, against the Defendants Keith Tyner, Richard Powell, Eric Watson, Mitch Lucas, and Al Cannon, Individually and in their Official Capacity, in the above-captioned matter. With this dismissal, the amended caption of this case should be changed to "Bryant Heyward v. Charleston County Sheriff's Office and Charleston County Consolidated 911 Center."

**WE SO STIPULATE:**

s/ *Justin T. Bamberg*
Justin T. Bamberg, Esquire (#11363)
BAMBERG LEGAL, LLC
104 Bridge Street
Bamberg, SC 29003
Phone: (803) 956-5088
Email: jbamberg@bamberglegal.com

L. Chris Stewart, Esquire
STEAWRT, SEAY & FELTON TRIAL
ATTORNEYS, LLC
260 Peachtree Street, Suite 1001
Atlanta, Georgia 30303
Phone: (404) 637-0240
Email: cstewart@ssfjustice.com

*Attorneys for Plaintiff*

**WE SO CONSENT:**

<table>
<tr><td>

s/ *Christopher T. Dorsel*
SANDRA J. SENN (Fed. ID No. 05761)
CHRISTOPHER T. DORSEL (Fed. ID No. 09628)
*Senn Legal, LLC*
Post Office Box 12279
Charleston, South Carolina 29422
(843) 556-4045
(843) 556-4046 (fax)
Sandy@SennLegal.com
Chris@SennLegal.com

*Attorneys for Defendants Keith Tyner, Richard Powell, Eric Watson, Mitch Lucas, Al Cannon and the Charleston County Sheriff's Office*

</td><td>

s/ *Elloree A. Ganes*
Elloree A. Ganes, Esquire (9022)
Brian E. Johnson, Esquire (10098)
Hood Law Firm, LLC
Post Office Box 1508
Charleston, South Carolina 29402
Phone: (843) 577-4435
Fax: (843) 722-1630
elloree.ganes@hoodlaw.com
brian.johnson@hoodlaw.com

*Attorneys for the Defendants Charleston County Consolidated 911 Center*

</td></tr>
</table>

June 10, 2019
Charleston, South Carolina